IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KENNETH RALPH BOYD, | ) |
| Plaintiffs, | ) |
| | ) NO. 1:23-cv-00031 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| CORE CIVIC CORRECTIONS | ) MAGISTRATE JUDGE HOLMES |
| CORPORATION, ET AL, | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation recommending the Court grant the motion to dismiss filed by Defendants Core Civic Corrections Corporation and Amy Staggs (Doc. No. 15) and dismiss this action with prejudice under Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 21). The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of service. (Doc. No. 21 at 7). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 21) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE